IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| IMIR REEVES | : | NO. 07-546 |

**O R D E R**

**AND NOW**, this 25th day of September , 2018, **IT IS HEREBY ORDERED** that the Defendant's Pro Se Motion to Request Hearing (Doc #155 ) and Pro Se Motion to Terminate Supervised Release (Doc. # 156) are Dismissed as Moot. [1]

BY THE COURT:

S/ JOHN R. PADOVA
THE HONORABLE JOHN R. PADOVA
United States District Court Judge

---

1. On September 17, 2018 , the Court appointed CJA counsel Benjamin Cooper, Esq., to represent the defendant. The Court will schedule a Violation of Supervise Release hearing when the defendant's current state case is resolved.